### DANIEL LYDON v. FELICE LYDON

37 So. (2nd) 364
Oct. 26, 1948
Rehearing denied Nov. 23, 1948.

June Term, 1948
Division A

*Anna A. Krivitsky* and *Bezoni & McCord,* for appellant.

*Fowler, White, Gillen, Yancey & Humkey,* for appellee.

PER CURIAM:

The appellant having failed to show reversible error, the decree appealed from should be affirmed and the appellee should be allowed the sum of $250.00 as an attorney's fee for her attorney in defending this appeal.

It is so ordered.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.